# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RPM Summit Group, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Suzanne Engdahl, an individual resident of Arizona, Sweet Life Arizona, LLC, an Arizona limited liability company; and Michael G. Paul, an individual resident of Arizona, and Does 1 - 10,<br><br>Defendants. | Case No. 3:15-cv-00619-HDM-VPC<br><br>ORDER GRANTING **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER** |

    COMES NOW, Michael E. Sullivan, attorney for Plaintiff above-named and Heather A. Ijames, as attorney for Defendants above-named, and hereby stipulate to dismiss the above-referenced matter without prejudice.

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their undersigned counsel, that causes of action between the parties hereto in the above-entitled action may be and hereby are, dismissed without prejudice, and each party to bear their own costs and fees, and agree that

judgment may be entered dismissing said causes of action without prejudice.

Dated: February 12th, 2016.

_____
Michael E. Sullivan, Esq.
71 Washington Street
Reno, NV 89503
*Attorney for Plaintiff*

Dated: February 12, 2016.

_____
Heather A. Ijames, Esq.
Laxalt & Nomura, Ltd.
9600 Gateway Drive
Reno, NV 89521
Attorney for Defendants

## ORDER

Based upon the Stipulation of the parties and good cause appearing,

IT IS HEREBY ORDRED that this matter be dismissed without prejudice.

Dated: _____February 16__, 2016.

_Howard D McKibben_
_____
DISTRICT COURT JUDGE

2